IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) )  No. CR-23-213-D |
| TARYAN NABOND PRINCE-SADLER and RIJAE VARNELL LUSTER, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER AMENDING THE INDICTMENT

Before the Court is the Unopposed Motion to Amend Indictment [Doc. No. 50]. The government seeks to correct a clerical error in the Indictment that transposes the initials of the alleged victims of the offenses in Counts 1 and 3. The government represents that Defendants do not object to amending the Indictment to correct the victims' initials.

Upon consideration, the Court finds the requested change is a matter of form that does not implicate the Presentment Clause of the Fifth Amendment. *See United States v. Stegman*, 873 F.3d 1215, 1223 (10th Cir. 2017). The change constitutes a ministerial correction that "leaves the substance of the charges unaffected, . . . does not usurp the prerogative of the grand jury," and does not prejudice Defendants. *See id*.

**IT IS THEREFORE ORDERED** that the government's Unopposed Motion to Amend Indictment [Doc. No. 50] is **GRANTED**. The Indictment [Doc. No. 20] is hereby amended so that Count 1 identifies the victim of the charged offense by the initials D.K. and Count 3 identifies the victim of the charged offense by the initials J.G.

**IT IS SO ORDERED** this 14th day of September, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge